# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

CASE NO.:6:09-CV-2005-ORL-31GJK

HARVEY GOODMAN,

    Plaintiff,

vs.

WALTON RRP INVESTORS IV, L.L.C.
a Delaware limited liability company, d/b/a
RADISSON RESORT ORLANDO
CELEBRATION, d/b/a RADISSON PARKWAY,

    Defendant.
_____/

## NOTICE OF IMMINENT SETTLEMENT

    Plaintiff, HARVEY GOODMAN and Defendant WALTON RRP INVESTORS IV, L.L.C, d/b/a RADISSON RESORT ORLANDO CELEBRATION, d/b/a RADISSON PARKWAY, by and through their undersigned respective counsel, hereby notify the Court that settlement has been reached in the above styled case. The Settlement Agreement is being drafted and will be circulated for approval and signatures. A Stipulation of Dismissal With Prejudice will be filed with the Court, shortly thereafter.

Respectfully submitted,

| | |
|---|---|
| By: s/ B. Bradley Weitz ____ | By: s/ Thomas Mead Santoro ___ |
| B. Bradley Weitz, Esq. | Thomas Mead Santoro, Esq. |
| Florida Bar No. 479365 | Florida Bar No. 0829722 |
| THE WEITZ LAW FIRM, P.A. | JACKSON LEWIS LLP |
| Attorney for Plaintiff | 2 South Biscayne Boulevard, Suite 3500 |
| Bank of America Building | Miami, Florida 33131-2374 |
| 18305 Biscayne Blvd., Suite 214 | Telephone: (305) 577-7600 |
| Aventura, Florida 33160 | Facsimile:  (305) 373-4466 |
| Telephone:  (305) 949-7777 | Attorney for the Defendant |
| Facsimile:   (305) 704-3877 | |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:6:09-CV-2005-ORL-31GJK

HARVEY GOODMAN,

    Plaintiff,

vs.

WALTON RRP INVESTORS IV, L.L.C.
a Delaware limited liability company, d/b/a
RADISSON RESORT ORLANDO
CELEBRATION, d/b/a RADISSON PARKWAY,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


By: s/ B. Bradley Weitz, Esq.
    B. Bradley Weitz, Esq.
    Florida Bar No. 479365
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877

## SERVICE LIST

Harvey Goodman v. Walton RRP Investors IV, L.L.C.
d/b/a Radisson Resort Orlando Celebration, d/b/a Radisson Parkway
CASE NO.:6:09-CV-2005-ORL-31GJK
United States District Court, Middle District Of Florida

**Thomas Mead Santoro, Esq.**
**Jackson Lewis, LLP**
One Biscayne Tower – Suite 3500
2 S Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile:  (305) 373-4466
E-mail:  santorot@jacksonlewis.com
Attorney for Defendant
**ELECTRONIC CORRESPONDENCE**