**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HARVEY GOODMAN,**

        **Plaintiff,**

-vs-                                                                                       Case No.  6:09-cv-2005-Orl-31DAB

**WALTON RRP INVESTORS IV, L.L.C.**
**d/b/a Radisson Resort Orlando Celebration**
**d/b/a Radisson Parkway,**

        **Defendant.**
_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal with Prejudice (Doc. No. 23), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.  Any pending motions are **DENIED** as moot.  The Clerk has closed this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 30, 2010.

                                              GREGORY A. PRESNELL
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party